JS 45 (01/2008)                          **REDACTED**

**Criminal Case Cover Sheet**                                            U.S. District Court

**Place of Offense:**          Under Seal: Yes X  No ___      Judge Assigned: _____

City _____          _____Superseding Indictment       Criminal Number: _____

County/Parish  Fairfax     Same Defendant _____     New Defendant   x

                           Magistrate Judge Case Number  1:20mj241      Arraignment Date: _____

                           Search Warrant Case Number _____

                           R 20/R 40 from District of _____

                           Related Case Name and No:  1:20-cr-24; 1:20-cr-29; 1:20-cr-32; 1:20-cr-155; and 1:20-mj-548

Defendant Information:

**Juvenile --Yes ___ No  X   FBI #**  725243EC7

**Defendant Name:** DAT QUOC NGUYEN     Alias Name(s) _____

**Address:**  Irvine, CA

**Employment:** _____

**Birth date** 1985    **SS#** 8944    **Sex** M  **Def Race** Asian    Nationality  U.S. Citizen    Place of Birth  Vietnam

**Height**  5'02"   **Weight** 120   **Hair** Brown    **Eyes** Brown     Scars/Tattoos  None known

    **Interpreter:** X  No  ___ Yes  List language and/or dialect: _____  Automobile Description _____

Location Status:

Arrest Date _____

___ Already in Federal Custody as of _____  in _____

___ Already in State Custody       ___ On Pretrial Release     X  Not in Custody

X  Arrest Warrant Requested        ___ Fugitive                ___ Summons Requested

___ Arrest Warrant Pending         ___ Detention Sought        ___ Bond

Defense Counsel Information:

Name: _____                         ___ Court Appointed      Counsel conflicted out: Gregory T. Hunter, Alfredo Acin,
Address: _____                      ___ Retained             Christopher Leibig, Steven D. Stone, Jay P. Mykytiuk, Cary J.
                                                              Citronberg, Joan C. Robin, Page A. Pate

Telephone: _____                    ___ Public Defender      Federal Public Defender's Office conflicted out: YES

U.S. Attorney Information:

AUSA  Bibeane Metsch       Telephone No:  703-299-3700        Bar # _____

Complainant Agency, Address & Phone Number or Person & Title:
Donald A. Mockenhaupt, Special Agent, Federal Bureau of Investigation

U.S.C. Citations:

| Code/Section | Description of Offense Charged | Count(s) | Capital/Felony/Misd/Petty |
|---|---|---|---|
| Set 1   21 U.S.C. §§ 841(a)(1) and 846 | Conspiracy to distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a schedule II controlled substance. | 1 | Felony |
| Set 2 | | | |
| Set 3 | | | |

(May be continued on reverse)

**Date:**  August 19, 2020        Signature of AUSA: _____

JS 45 (07/2005) Reverse

**District Court Case Number (To be filled by deputy clerk):** _____

U.S.C. Citations (continued)

| | Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|---|
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |
| Set 16 | | | |
| Set 17 | | | |
| Set 18 | | | |
| Set 19 | | | |
| Set 20 | | | |
| Set 21 | | | |
| Set 22 | | | |
| Set 23 | | | |
| Set 24 | | | |
| Set 25 | | | |
| Set 26 | | | |
| Set 27 | | | |
| Set 28 | | | |
| Set 29 | | | |
| Set 30 | | | |
| Set 31 | | | |