**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | **Case No. 1:20-mj-241** |
| v. | : | |
| | : | |
| **DAT NGUYEN,** | : | |
| | : | |
| | : | |
| **Defendant** | : | |

**NOTICE OF APPEARANCE**

Please enter the appearance of undersigned counsel as counsel on behalf of the defendant, Dat Nguyen, in the above-captioned case.

Respectfully Submitted,

/s/ EDWARD J. UNGVARSKY
Edward J. Ungvarsky
Ungvarsky Law, PLLC
114 North Alfred Street
Alexandria, VA 22314
Counsel for Dat Nguyen
Office - 571 207 9710
Cellular – 202 409 2084
ed@ungvarskylaw.com

CERTIFICATE OF SERVICE

I hereby certify that a copy of this Notice was served ECF to the government and all registered recipients on this 30th day of August, 2020.

/s/ EDWARD J. UNGVARSKY
Edward Ungvarsky